"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MELVIN THOMAS, | ) Case No. CV 08-1074-RGK (AN) |
|---|---|
| Plaintiff, | ) ORDER ADOPTING REPORT AND |
| v. | ) RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all other papers in this case along with the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*.

IT IS ORDERED that (1) the Objections are overruled and the R&R is approved and adopted; (2) the Commissioner's motion to dismiss is granted; and (3) judgment shall be entered in the Commissioner's favor dismissing this action for lack of jurisdiction. IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment by the United States mail on the parties.

DATED: September 2, 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE