ENT JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN THOMAS, | Case No. CV 08-1074-RGK (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

For the reasons set forth in the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed for lack of subject-matter jurisdiction.

DATED: September 2, 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY